OPINION — AG — ALL FUNDS DONATED TO A COUNTY CEMETERY ASSOCIATION SHALL BE DEPOSITED WITH THE COUNTY TREASURER; ALL FUNDS DONATED TO THE BOARD OF TRUSTEES OF A CEMETERY OWNED BY A MUNICIPALITY SHALL BE DEPOSITED WITH THE CITY TREASURER. CITE: 8 O.S. 1961 132 [8-132], 8 O.S. 1961 49 [8-49], 8 O.S. 1961 139 [8-139], 8 O.S. 1961 131-144 [8-131] — [8-144] 8 O.S. 1961 136 [8-136], 8 O.S. 1961 41 [8-41] (TERRY SHIPLEY)